# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY TABARES, individually and as successor-in-interest to Dillan Tabares,<br><br>   Plaintiff,<br><br> vs.<br><br>CITY OF HUNTINGTON BEACH; ERIC ESPARZA, an individual; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No. 8:18-cv-00821 JLS (JDEx)<br><br>**JUDGMENT** |

## JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follows:

Plaintiff TIFFANY TABARES, individually and as successor-in-interest to Dillan Tabares, shall recover nothing, and this action is dismissed in its entirety on the merits; and

Defendants CITY OF HUNTINGTON BEACH and ERIC ESPARZA are the prevailing parties for the purpose of any recovery of allowed costs against Plaintiff TIFFANY TABARES, individually and as successor-in-interest to Dillan Tabares.

DATED: August 13, 2019 _____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE